UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. |
| : | |
| v. : | |
| : | VIOLATIONS: |
| SIMON WALKER, : | |
| Defendant : | 18 U.S.C. § 2251(d) |
| : | (Advertising Child Pornography) |
| : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about August 30, 2017, and on or about September 2, 2017, within the District of Columbia and elsewhere, the defendant, Simon Walker, did knowingly make, print, and publish, and cause to be made, printed, and published, a notice and advertisement, seeking and offering to receive, exchange, display, and distribute, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, via the Internet.

(**Advertising Child Pornography**, in violation of Title 18, United States Code, Section 2251(d)).

JESSIE K. LIU
United States Attorney

*/s/ Jodi S. Lazarus*

JODI S. LAZARUS
Assistant United States Attorney, DC Bar No. 975420
U.S. Attorney's Office
555 4th Street, N.W., Room 10-122
Washington, D.C. 20530
202-252-7053
Jodi.Lazarus@usdoj.gov

JESSICA L. URBAN
Trial Attorney, DC Bar No. 1008742
Child Exploitation and Obscenity Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
202-353-4146
Jessica.Urban@usdoj.gov